JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANTEA LOTFALYAN,<br>      Plaintiff,<br><br>      v.<br><br>CHIP LAITINEN and ANTONY BLINKEN,<br>      Defendants. | Civil No.: 8:22-cv-1256 (ADS) (ECF)<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

   The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Federal Defendants, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.


Dated:  8/30/2022                     /s/ Autumn D. Spaeth
                                      The Honorable Autumn D. Spaeth,
                                      United States Magistrate Judge